# In the United States Court of Federal Claims

No. 22-1887
Filed: May 9, 2023

|  |  |
|---|---|
| JAMES H. BAQLEH, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

## <u>ORDER</u>

Following the Court's denial of Mr. Baqleh's motion to transfer, he has filed a second motion to transfer this case to the United States District Court for the Northern District of California. ECF No. 40. This Court still does not find transfer to be in the interest of justice in this case for the reasons stated in its prior decision. As the Court explained previously, Mr. Baqleh remains free to file an action in the appropriate district court if he chooses. If he believes his statute of limitations has not expired or has been otherwise tolled, he may address those issues in a new case he files in the district court. To the extent he wants documents filed in this Court, they remain publicly available through PACER. But nothing in his current motion persuades the Court that transfer is in the interest of justice. Therefore, the Court denies his motion, ECF No. 40.

**IT IS SO ORDERED.**

<u>s/ Edward H. Meyers</u>
Edward H. Meyers
Judge